IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY LEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:10-cv-0423-TMH |
| | ) | WO |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on July 22, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on July 8, 2010 is adopted;

3. That this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this the 23rd day of September, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE